TRAMMELL ET AL. VS. BROOKS.

*Appeal from Washington Circuit Court.*

Mr. Justice CLENDENIN delivered the opinion of the court.

The points in this case being similar to those decided in the case of *Trammell et al. vs. John N. Bassett*, at the present term, must be governed by the decision in that case, and is reversed.